1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  LUIS MEJIA-CALDERON

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        )  Nos.  CR-S-12-00046 GEB
11                                  )
                    Plaintiff,      )
12                                  )  STIPULATION AND [PROPOSED] ORDER
        v.                          )  TO CONTINUE STATUS CONFERENCE
13                                  )
   LUIS MEJIA-CALDERON              )
14                                  )  Date:  September 28, 2012
                    Defendant.      )  Time:  9:00 a.m.
15                                  )  Judge: Hon. Garland E. Burrell
   _____ )
16
        The parties request that the status conference in this case be
17
   continued from August 31, 2012, to September 28, 2012 at 9:00 a.m.  They
18
   stipulate that the time between August 31, 2012 and September 28, 2012
19
   should be excluded from the calculation of time under the Speedy Trial
20
   Act.  The parties stipulate that the ends of justice are served by the
21
   Court excluding such time, so that counsel for the defendant may have
22
   reasonable time necessary for effective preparation, taking into account
23
   the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local
24
   Code T-4.  Specifically, defense counsel needs additional time to review
25
   the extensive discovery and to retain experts to interpret a transcript
26
   of the Spanish language audio recording evidence. The parties stipulate
27
   and agree that the interests of justice served by granting this
28

continuance outweigh the best interests of the public and the defendant

in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: August 30, 2012                    Respectfully submitted,

                                          DANIEL BRODERICK
                                          Federal Defender


                                          */s/ Douglas Beevers*
                                          _____
                                          DOUGLAS BEEVERS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          LUIS MEJIA-CALDERON

Dated: August 30, 2012                    BENJAMIN B. WAGNER
                                          United States Attorney


                                          */s/ Michael Beckwith*
                                          _____
                                          Michael Beckwith
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

**ORDER**

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

ordered that the status conference presently set for August 31, 2012, be

continued to September 28, 2012, at 9:00 a.m. Based on the representation

of counsel and good cause appearing therefrom, the Court hereby finds

that the ends of justice to be served by granting a continuance outweigh

the best interests of the public and the defendant in a speedy trial.  It

is ordered that time from the date of this Order, to and including, the

September 28, 2012, status conference shall be excluded from computation

of time within which the trial of this matter must be commenced under the

Speedy Trial Act pursuant to 18 U.S.C § 3161(h)(7)(B)(iv) and Local Code

T-4.

Dated: August 31, 2012

                                          _____
                                          G.
                                          United States District Judge

Stip and Order                    -2-